**MCGUIREWOODS LLP**
ALEXANDRA S. FARLEY SBN #339924
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922
afarley@mcguirewoods.com

*Attorneys for Service Finance Company, LLC*

**KEMNITZER, BARRON & KRIEG, LLP**
KRISTIN KEMNITZER Bar No. 278946
ADAM J. MCNEILE Bar No. 280296
MALACHI J. HASWELL Bar No. 307729
KATHERINE SASS Bar No. 326185
1120 Mar West St., Ste C2
Tiburon, CA 94920
Telephone: (415) 632-1900
Facsimile: (415) 632-1901
adam@kbklegal.com
kristin@kbklegal.com
kai@kbklegal.com
katie@kbklegal.com

*Attorneys for Plaintiff Serafin Ortiz*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

SERAFIN ORTIZ,

Plaintiff,

vs.

SERVICE FINANCE COMPANY, LLC; and DOES 1 through 20, inclusive,

Defendants.

CASE NO. 2:26-cv-02733-WBS-CSK

**STIPULATION AND ORDER SETTING MOTION TO DISMISS BRIEFING AND HEARING SCHEDULE**

Date: November 9, 2026
Time: 1:30 p.m.
Courtroom 5, 14th Floor (Sacramento)

Hon. William B. Shubb

Defendant Service Finance Company, LLC ("SFC") and Plaintiff Serafin Ortiz ("Plaintiff") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 1, 2026, Plaintiff filed her Complaint against SFC in the Superior Court of California for the County of Sacramento;

WHEREAS, on July 9, 2026, Plaintiff personally served SFC with the Summons and Complaint via its registered agent;

WHEREAS, on August 10, 2026, SFC timely filed a Notice of Removal of Action under 28 U.S.C. §§ 1332, 1441 and 1446;

WHEREAS, on August 11, 2026, the Parties filed a Joint Stipulation to Extend Service Finance Company, LLC's Time to Respond to Complaint Pursuant to Local Rule 144 (Docket No. 5) to September 14, 2026;

WHEREAS, on September 14, 2026, SFC filed a Motion to Dismiss the Complaint in Part (the "Motion"), with hearing scheduled for November 9, 2026;

WHEREAS, pursuant to Local Rule 230, Plaintiff's Opposition is due on September 28, 2026, and SFC's Reply is due on October 8, 2026;

WHEREAS, the Parties are continuing to explore resolution of this matter;

WHEREAS, the Parties have met and conferred regarding an alternative briefing and hearing schedule and agree that good cause exists for Plaintiff's Opposition to be due on November 16, 2026, SFC's Reply to be due on November 23, 2026[1], and the hearing on SFC's Motion to Dismiss to be set for December 7, 2026 at 1:30 P.M.;

WHEREAS, the Parties agree it will be efficient and otherwise in the interests of justice to set the agreed-upon briefing and hearing schedule to provide the Parties time to explore resolution of this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully

---

[1] Proposed briefing deadlines are calculated based on USDC-Central District of California Local Rule 6-1.

requested, by and among the Parties hereto, through their undersigned counsel, that the Court enter an order extending the time within which Plaintiff may file her Opposition to SFC's Motion to Dismiss, rescheduling the hearing date currently scheduled for November 9, 2026, and setting the briefing and hearing schedule for the Motion as follows:

1. Plaintiff's Opposition shall be due on November 16, 2026;
2. SFC's Reply shall be due on November 23, 2026; and
3. The hearing on SFC's Motion to Dismiss shall take place on December 7, 2026 at 1:30 P.M.

**IT IS SO STIPULATED.**

Dated: September 16, 2026

**MCGUIREWOODS LLP**

By: /s/ *Alexandra S. Farley*
ALEXANDRA S. FARLEY

*Attorneys for Defendant Service Finance Company, LLC*

Dated: September 16, 2026

**KEMNITZER, BARRON & KRIEG, LLP**

By: /s/ *Kristin Kemnitzer* (as authorized 9/16/26)
KRISTIN KEMNITZER
ADAM J. MCNEILE
MALACHI J. HASWELL
KATHERINE SASS

*Attorneys for Plaintiff Serafin Ortiz*

**ORDER**

Having considered the above stipulation, the Court sets the briefing and hearing schedule for the Motion as follows:

1. Plaintiff's Opposition shall be due on November 16, 2026;
2. SFC's Reply shall be due on November 23, 2026;
3. The hearing on SFC's Motion to Dismiss shall be moved from November 9, 2026 to December 7, 2026 at 1:30 P.M.

**IT IS SO ORDERED.**

Dated: September 16, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE